FILED
OCT 22 2014

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 14CR0634-W |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| **WILLIAM F. GILBERT,** ) | SENTENCING HEARING |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 22, 2014 at 9:00 a.m. be rescheduled to December 15, 2014 at 9:00 a.m.

IT IS SO ORDERED.

DATE: _____10/22/14_____

_____
HONORABLE THOMAS J. WHELAN
United States District Judge